**Aida A. Heabler, Plaintiff-Appellant, v. Jewel Tea Company, Incorporated, Roger N. Heabler and Louise Heabler, Defendants-Appellees.**

**Gen. No. 11,506.**

Second District, First Division.

August 7, 1963.

Frank

267

M. Ryan, of Rockford, for appellant; Foltz, Haye & Keegan, of Rockford (Thomas A. Keegan, of counsel), for appellee, Jewel Tea Company. Opinion by JUDGE SMITH. **Not to be published in full.**